IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| WILLIAM BERBERICH, et al., Individually and on behalf of all others similarly situated, <br><br>　　　　　Plaintiffs, <br><br>v. <br><br>DR. MICHAEL HELLMAN, M.D., et al., <br><br>　　　　　Defendants. | Case No. 24-CV-00653-SRB |

___ **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

**_X_ Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's Motion to Remand (Doc. #6) is GRANTED and Plaintiffs' request for attorneys' fees is DENIED. The case is hereby remanded to the Circuit Court of Jackson County, Missouri.

| | |
|---|---|
| December 9, 2024 | Paige Wymore-Wynn |
| Date | Clerk of Court |
| | |
| | /s/ Tracey D. Peters |
| | (by) Deputy Clerk |